**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 02 2010 ★

BROOKLYN OFFICE

C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PATTY LEE HALEY,

                Plaintiff,

      -against-

THREE UNKNOWN EMPLOYEES OF
N.Y.R.A.; SPECIAL AGENT NANCY
K. CSOKA; SERGEANT JAMES J. SKOPEK;
SPECIAL AGENT ROBERT L. MOORE
also known as Three Unknown Agents of
NY F.B.I.,

                Defendants.
----------------------------------------------------------x

**ORDER**

10 Civ. 0739 (BMC)(JO)

      Plaintiff's [30] letter is deemed an appeal from Judge Orenstein's [27] Order denying recusal. Plaintiff has failed to show that the Magistrate Judge's decision was erroneous or contrary to law. Plaintiff has failed to put forth any specifics facts or evidence that would cause "an objective, disinterested observer fully informed of the underlying facts," or a "reasonable person, knowing all the facts" to question Judge Orenstein's impartiality. See United States v. Yousef, 327 F.3d 56, 170 (2d Cir. 2003). Plaintiff's objections to the Order of the Magistrate Judge are therefore overruled.

**SO ORDERED.**

                                      U.S.D.J.

Dated: Brooklyn, New York
       September 1, 2010