FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ SEP 22 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PATTY LEE HALEY,                                        JUDGMENT
                                                                     10-CV- 0739 (BMC)

                           Plaintiff,

-against-

FEDERAL BUREAU OF INVESTIGATION
NY FIELD OFFICE; FEDERAL BUREAU
OF INVESTIGATION COLORADO SPRINGS
FIELD OFFICE,

                           Defendants.
----------------------------------------------------------------X

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on September 21, 2010, granting plaintiff's motion to dismiss the complaint under Fed. R. Civ. P. 41(a)(2); and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith; it is

      ORDERED and ADJUDGED that plaintiff's motion to dismiss the complaint under Fed. R. Civ. P. 41(a)(2) is granted; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Order would not be taken in good faith.


Dated: Brooklyn, New York
          September 21, 2010                                                      /s/
                                                                         ROBERT C. HEINEMANN
                                                                         Clerk of Court